UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-1851-JFW (MRWx)**                                      Date:  June 29, 2012

Title:     Haykaz Abrahamyan -v- National Action Financial Services, Inc., et al.

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**      ORDER DISMISSING ACTION WITHOUT PREJUDICE

     As a result of the plaintiff's failure to participate in the preparation of the Joint Rule 26(f) Report as required by the Court's Order of May 22, 2012, this action is hereby **DISMISSED without prejudice** as to defendant, National Action Financial Services, Inc.  The Scheduling Conference, currently on calendar for July 9, 2012, is **VACATED**.  See Fed. R. Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

     IT IS SO ORDERED.