UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-1851-JFW (MRWx)**                              Date:  June 29, 2012

Title:    Haykaz Abrahamyan -v- National Action Financial Services, Inc., et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                           **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                              None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   As a result of the plaintiff's failure to participate in the preparation of the Joint Rule 26(f) Report as required by the Court's Order of May 22, 2012, this action is hereby **DISMISSED without prejudice** as to defendant, National Action Financial Services, Inc.  The Scheduling Conference, currently on calendar for July 9, 2012, is **VACATED**.  See Fed. R. Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.